**Appeal Ordered Withdrawn and Opinion issued January 25, 2000**





In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-00-00104-CR

**TIMOTHY MARK COUCH, Appellant**

**V.**

**STATE OF TEXAS, Appellee**

On Appeal from the 15th District Court
Grayson County, Texas
Trial Court Cause No. 045685

## OPINION PER CURIAM

Before Chief Justice Thomas and Justices Kinkeade and O'Neill

Appellant has filed a motion to withdraw the appeal. Appellant's counsel has approved the motion.

This Court hereby **GRANTS** the motion and **ORDERS** the appeal withdrawn and that this decision be certified below for observance. See TEX. R. APP. P. 42.2(a).

PER CURIAM

Do Not Publish
TEX. R. APP. P. 47

Case Number: 05-00-00104-CR   Date Filed: 01/21/2000

Style:  Couch, Timothy M.
v.
The State of Texas

Trial Judge:
Trial Court Reporter:
Trial Court:          15TH DISTRICT COURT  Trial County:    GRAYSON

---

APP   R. J. Hagood
ATT 008698500
Attorney at Law
2301 South Eisenhower Parkway
Denison, TX 75020-7722
Phone 903/465-0501
Fax 903/465-4400

STA   Robert T. Jarvis
ATT 010586500
Assistant County Attorney
Grayson County Justice Center
200 South Crockett
Sherman, TX 75090
Phone 903/868-9515
Fax